United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-2086
_____

Cyrill Athanasios Kolocotronis,      *
                                     *
          Appellant,                 *
                                     *  Appeal from the United States
     v.                              *  District Court for the Eastern
                                     *  District of Missouri.
Social Security Administrator,       *
                                     *        [UNPUBLISHED]
          Appellee.                  *
                          _____

          Submitted:  April 28,1997

            Filed: May 13, 1997
                          _____

Before BEAM, LOKEN and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                          _____

PER CURIAM.

     Cyrill A. Kolocotronis brought this action in the district court
alleging that he was improperly deprived of Social Security benefits while
he was involuntarily detained as a state mental patient.  The district
court determined that the claim was frivolous and dismissed the complaint
pursuant to 28 U.S.C. § 1915(e)(2)(B), finding that Kolocotronis as an
individual confined in a penal institution on a felony conviction was not
entitled to Social Security benefits.  See Order dated February 3, 1997.
The court in a subsequent order dated March 18, 1997, found that
Kolocotronis was not an incarcerated felon after all because he was
actually found not guilty because of his mental state at the time of the
alleged offense.  After this later finding, the court

did not, however, revisit the issue of whether the claim was frivolous. This should have been done.  We, therefore, remand this matter to the district court for further consideration in view of its holding of March 18, 1997.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.